UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LESLY GABRIELA HERNANDEZ BULNES (A XXX-XX1-795)<br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br>Defendants. | No. 1:26-cv-3004<br><br>Honorable Paul L. Maloney |

**ORDER SUA SPONTE EXTENDING TRO**

Petitioner filed an Emergency Motion for a Temporary Restraining Order ("TRO") on November 10, 2026. ECF No. 22. The court granted Petitioner's TRO on November 12, 2026. ECF No. 24. The court now sua sponte extends the TRO until the earlier of: (1) the court's resolution of Petitioner's Petition for Writ of Habeas Corpus, or (2) 14 days from the expiration date of the court's original order granting the TRO, ECF No. 24.

Courts may extend the expiration date of a TRO for good cause. Fed. R. Civ. P. 65(b)(2). Here, the original TRO expires on November 26, 2026—Thanksgiving. Because this is a federal holiday and the court will be closed, the court finds that there is good cause to extend the TRO. *See Ramirez v. Phillips*, No. 2:23-cv-02911, 2023 WL 8878993, at *5 n.5 (E.D. Cal. Dec. 22, 2023) ("Good cause exists to extend the TRO to the full amount allowable by Rule 65 given the upcoming holidays and court closures and to give the parties time to adequately brief the issues.").

The court therefore extends the TRO. This Order binds the parties until the earlier of (1) the court's resolution of Petitioner's Petition for Writ of Habeas Corpus, or (2) 14 days from the expiration date of the original TRO, ECF No. 24.

**IT IS SO ORDERED.**

Date: November 20, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge